| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Weinstein, Jack B. | 2. Court or Organization USDC-Eastern District of NY | 3. Date of Report 04/25/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address 225 Cadman Plaza East Brooklyn, N.Y. 11201 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State Savings Plan Schooling (2) |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Book Royalties - Foundation Press | $3,675.00 |
| 2. 2011 | Teachers Ins & Annuity Pensions | $12,523.00 |
| 3. 2011 | NY State Retirement System Pension | $8,802.00 |
| 4. 2011 | Judicial Retiree & Survivors | $158,851.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Morgan Stanley Smith Barney | Gift - ▮ Weinstein | $100,000.00 |
| 2. | Morgan Stanley Smith Barney | Gift - ▮ Weinstein | $100,000.00 |
| 3. | Morgan Stanley Smith Barney | Gift - ▮ Weinstein | $100,000.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney cash | A | Interest | | | Sold | 01/10/11 | J | A | |
| 2. Smith Barney ms active assets | A | Interest | | | Sold | 01/01/11 | K | A | |
| 3. NYSTwy auth local hwy - 04/01/21 | A | Interest | | | Sold | 04/01/11 | J | A | |
| 4. Harborfields cent sch dis-ny-6/1/18 | A | Interest | | | Sold | 06/01/11 | J | A | |
| 5. Buffalo NY mun wtr fin auth-7/1/22 | A | Interest | | | Sold | 10/21/11 | J | A | |
| 6. NYS dorm auth lease-7/1/25 | A | Interest | J | T | | | | | |
| 7. Eastport south manor cent sch-6/15/21 | A | Interest | | | Sold | 10/21/11 | J | A | |
| 8. NYS enviro facs corp-6/15/14 | A | Interest | | | Sold | 12/13/11 | J | A | |
| 9. NYS dorm auth rev-2/1/18 | A | Interest | | | Sold | 01/04/11 | J | A | |
| 10. Triborough brdg & tunl auth-11/15/18 | A | Interest | J | T | | | | | |
| 11. Duchess Cnty NY indl dev agy-7/1/20 | A | Interest | | | Sold | 08/08/11 | J | A | |
| 12. NY NY genl oblig ser-g 8/1/20 | A | Interest | | | Sold | 04/06/11 | J | A | |
| 13. East Islip NY un free sch dist 6/15/21 | A | Interest | | | Sold | 06/15/11 | K | A | |
| 14. NY NYC genl oblig ser a - 8/1/21 | A | Interest | K | T | | | | | |
| 15. NY NY genl oblig ser 1 - 1/3/22 | A | Interest | | | Sold | 08/08/11 | J | A | |
| 16. NY NYC mun wtr fin auth-6/15/22 | A | Interest | | | Sold | 06/15/11 | J | A | |
| 17. Long Island Power Authority - 12/1/22 | A | Interest | | | Sold | 08/08/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  NYS envir facs corp - 6/15/23 | A | Interest | J | T | | | | | |
| 19.  NYS mun bond bank agy - 12/1/23 | A | Interest | | | Sold | 08/08/11 | J | A | |
| 20.  NY NY genl oblig ser-I 3/1/24 | A | Interest | | | Sold | 12/13/11 | J | A | |
| 21.  NYS enviro facs corp - 6/15/24 | A | Interest | K | T | | | | | |
| 22.  NY NYC genl oblig ser-b - 8/1/24 | A | Interest | | | Sold | 08/08/11 | J | A | |
| 23.  NYS enviro facs corp - 10/15/24 | A | Interest | | | Sold | 10/17/11 | J | A | |
| 24.  NY NY Genl Obl ser 10/1/25 | A | Interest | | | Sold | 12/13/11 | J | A | |
| 25.  Metropolitan transn auth ny-ser oid 11/15/25 | A | Interest | | | Sold | 08/08/11 | J | A | |
| 26.  Metropolitan transn auth ny-ser a 11/15/25 | A | Interest | | | Sold | 08/08/11 | J | A | |
| 27.  NYS Twy Auth Gen rev-g 1/1/26 | A | Interest | K | T | | | | | |
| 28.  NYS twy auth st pers income 3/15/26 | A | Interest | K | T | | | | | |
| 29.  NYS Dorm auth-7/1/26 | A | Interest | | | Sold | 08/08/11 | K | A | |
| 30.  Triborough brdg & tunl auth - 1/1/27 | A | Interest | | | Sold | 08/08/11 | J | A | |
| 31.  NY NYC tfa rev future tax - 11/1/27 | A | Interest | | | Sold | 12/13/11 | J | A | |
| 32.  Metropolitan transn auth ny - 11/15/28 | A | Interest | J | T | | | | | |
| 33.  Capital One Bank - CD matures 1/23/13 | A | Interest | | | Sold | 08/08/11 | J | A | |
| 34.  Paragon coml Bk - CD matures 4/8/15 | C | Interest | | | Sold | 08/09/11 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman Sachs BK | A | Interest | | | Buy | 03/30/11 | K | | |
| 36. Goldman Sachs BK | A | Interest | | | Sold | 08/08/11 | J | A | |
| 37. NYS Dorm Auth - Yeshiva univ due 11/1/31 | A | Interest | | | Buy | 10/21/11 | K | | |
| 38. NYS Dorm Auth - Yeshiva univ due 11/1/31 | A | Interest | | | Sold | 12/13/11 | K | A | |
| 39. Morgan Stanley Bank N.A. | A | Interest | | | Sold | 12/21/11 | J | A | |
| 40. Wells Fargo back deposit sweep | A | Interest | J | T | Buy | 12/21/11 | J | | |
| 41. NYS twy auth local hghwy 4/1/21 | A | Interest | | | Sold | 04/01/11 | J | A | |
| 42. Harborfields Cent Sch Dist NY 6/1/18 | A | Interest | | | Sold | 06/01/11 | J | A | |
| 43. Buffalo NY Mun Wtr Fin Auth wtr 7/1/22 | A | Interest | | | Sold | 10/21/11 | J | A | |
| 44. NYS dorm auth lease rev 7/1/25 | A | Interest | J | T | | | | | |
| 45. Eastport South Manor Cent Sch Dist 6/15/21 | A | Interest | | | Sold | 10/21/11 | K | A | |
| 46. Smithtown NY cent sch dist 8/1/15 | A | Interest | J | T | | | | | |
| 47. NYS dorm auth rev aid long 11/1/15 | A | Interest | J | T | | | | | |
| 48. Tarrytown NY Union Free Sch Dist 1/15/17 | A | Interest | J | T | | | | | |
| 49. Schenectady NYC sch dis 6/15/20 | A | Interest | | | Sold | 06/15/11 | J | A | |
| 50. Dutchess Cnty NY indi dev agy 7/1/20 | A | Interest | J | T | | | | | |
| 51. NY NY genl oblig ser-g 8/1/20 | A | Interest | | | Sold | 04/06/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYS environmental facs 12/15/20 | A | Interest | J | T | | | | | |
| 53. East Islip NY un free sch dist ser-a 6/15/21 | A | Interest | | | Sold | 06/15/11 | J | A | |
| 54. NY NYC genl oblig ser a 8/1/21 | A | Interest | K | T | | | | | |
| 55. Rockland Co NY various purposes 8/15/21 | A | Interest | J | T | | | | | |
| 56. Buffalo NY fiscal stability 9/1/21 | A | Interest | J | T | | | | | |
| 57. Brookhaven NY open space 11/1/21 | A | Interest | J | T | | | | | |
| 58. NY NY genl oblig ser-1 3/1/22 | A | Interest | J | T | | | | | |
| 59. Suffolk co ny pub impt serial ser-a 5/15/22 | A | Interest | J | T | | | | | |
| 60. Florida St Brd Ed Pub - 6/1/22 | A | Interest | J | T | | | | | |
| 61. NY NYC Mun wtr fin auth 6/15/22 | A | Interest | | | Sold | 06/15/11 | J | A | |
| 62. NY NYC mun wtr fin auth 6/15/22 | A | Interest | K | T | | | | | |
| 63. Metropolitan Trans auth ny ser-a 11/15/22 | A | Interest | J | T | | | | | |
| 64. Long Island power auth ny 12/1/22 | A | Interest | K | T | | | | | |
| 65. Freeport NY genl oblig ser-a 1/15/23 | A | Interest | J | T | | | | | |
| 66. NYS envir facs corp st clean 6/15/23 | A | Interest | J | T | | | | | |
| 67. NYS dorm auth Rochester ser-a 7/1/23 | A | Interest | J | T | | | | | |
| 68. NY NYC genl oblig ser-n 8/1/23 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NYS muni bond bank agy 12/1/23 | A | Interest | J | T | | | | | |
| 70. Metropolitan trans au ny svc 1/1/24 | A | Interest | J | T | | | | | |
| 71. NY NY genl oblig ser-I 3/1/24 | A | Interest | J | T | | | | | |
| 72. NYS enviro facs corp st 6/15/24 | A | Interest | K | T | | | | | |
| 73. NYS dorm au memorial sloan 7/1/24 | A | Interest | J | T | | | | | |
| 74. NY NYC genl oblig ser-b 8/1/24 | A | Interest | J | T | | | | | |
| 75. NYS enviro facs corp 10/15/24 | A | Interest | | | Sold | 10/17/11 | K | A | |
| 76. NYS enviro facs 6/15/25 | A | Interest | K | T | | | | | |
| 77. NY genl oblig 10/1/25 | A | Interest | J | T | | | | | |
| 78. Metropolitan transn auth ny ser-a 11/15/25 | A | Interest | K | T | | | | | |
| 79. Metropolitan transn auth ny ser-oid 11/15/25 | A | Interest | J | T | | | | | |
| 80. NYS twy auth gen rev ser-g 1/1/26 | B | Interest | K | T | | | | | |
| 81. NYS twy auth st pers income 3/15/26 | A | Interest | K | T | | | | | |
| 82. NYS dorm auth pers income 12/15/26 | A | Interest | K | T | | | | | |
| 83. Triborough brdg & tunl auth ny 1/1/27 | A | Interest | J | T | | | | | |
| 84. NY Dorm auth rev due 2/15/27 | A | Interest | K | T | Buy | 06/01/11 | K | | |
| 85. NYC genl oblig fisca ser-g 8/1/27 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NY NYC tfa rev futu re tax 11/1/27 | A | Interest | J | T | | | | | |
| 87. Metropolitan trans auth ny trans 11/15/27 | A | Interest | J | T | | | | | |
| 88. NYC muni wtr fin auth 6/15/28 | A | Interest | J | T | | | | | |
| 89. NYS dorm auth revs 7/1/28 | A | Interest | J | T | | | | | |
| 90. Metropolitan trans auth ny dedicated 11/15/28 | A | Interest | J | T | | | | | |
| 91. Port Auth NY & NJ due 10/15/31 | A | Interest | K | T | Buy | 06/10/11 | K | | |
| 92. NYS Dorm auth due 11/1/31 | B | Interest | K | T | Buy | 10/11/11 | K | | |
| 93. NYS Dorm auth due 11/1/31 | B | Interest | K | T | Buy | 10/21/11 | K | | |
| 94. Paragon coml bk raleigh nc - CD 4/8/15 | B | Interest | K | T | | | | | |
| 95. Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 96. Wells Fargo Bank deposit sweep | A | Interest | J | T | Buy | 12/21/11 | J | | |
| 97. AT&T Inc | A | Dividend | | | Sold | 07/18/11 | J | A | |
| 98. AT&T Inc | A | Dividend | J | T | Buy | 09/27/11 | J | | |
| 99. Atlas Pipeline partners | A | Interest | J | T | Buy | 07/27/11 | J | | |
| 100. Buckeye partners lp | B | Dividend | | | Sold | 05/13/11 | K | D | |
| 101. Buckeye partners lp | B | Dividend | K | T | Buy | 07/21/11 | K | | |
| 102. Chevron Corp | A | Dividend | | | Sold | 05/13/11 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. HJ Heinz Co | A | Dividend | | | Sold | 07/18/11 | K | B | |
| 104. Clean Harbors inc | A | Interest | K | T | Buy | 05/13/11 | K | | |
| 105. NY Community bancorp | A | Dividend | J | T | | | | | |
| 106. Sunoco Logistics partner | A | Interest | K | T | Buy | 07/21/11 | K | | |
| 107. Sysco Corporation | A | Interest | J | T | Buy | 05/13/11 | J | | |
| 108. Western Gas partners LP | A | Interest | K | T | Buy | 07/21/11 | J | | |
| 109. Proctor & Gamble | A | Dividend | | | Sold | 07/18/11 | J | A | |
| 110. Smucker JM co com new | A | Dividend | | | Sold | 05/13/11 | K | C | |
| 111. Verizon Communication | A | Dividend | | | Sold | 05/13/11 | J | C | |
| 112. Caterpillar finl 2/17/14 | A | Interest | J | T | | | | | |
| 113. BP Capital market plc 5/8/14 | A | Interest | K | T | | | | | |
| 114. Sunoco Inc 10/15/14 | A | Interest | J | T | | | | | |
| 115. Morgan Stanley 1/26/15 | A | Interest | J | T | | | | | |
| 116. JP Morgan Chase & Co 10/1/15 | B | Interest | K | T | | | | | |
| 117. Barclays bank plc 9/22/16 | B | Interest | K | T | | | | | |
| 118. Goldman Sachs group inc 1/15/17 | B | Interest | K | T | | | | | |
| 119. JP Morgan Chase & Co 6/27/17 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. General Electric cap corp 9/15/17 | B | Interest | K | T | | | | | |
| 121. Walt Disney Co 12/15/17 | A | Interest | J | T | | | | | |
| 122. Target corp 1/15/18 | A | Interest | J | T | | | | | |
| 123. Verizon Communications 2/15/18 | A | Interest | J | T | | | | | |
| 124. Archer Daniels 3/15/18 | A | Interest | J | T | | | | | |
| 125. Berkshire Hathaway fin 5/15/18 | B | Interest | K | T | | | | | |
| 126. Viacom Inc cbs 5/15/18 | B | Interest | K | T | | | | | |
| 127. Metlife Inc 8/15/18 | A | Interest | J | T | | | | | |
| 128. Vanderbilt University 4/1/19 | A | Interest | J | T | | | | | |
| 129. Credit Suisse 1/14/20 | B | Interest | K | T | | | | | |
| 130. 15nc1 step up callable notes 6/11/25 | C | Interest | L | T | | | | | |
| 131. Tenn Valley Auth 11/1/17 | A | Interest | K | T | | | | | |
| 132. Tenn Valley Auth 12/15/17 | A | Interest | | | Sold | 03/24/11 | M | A | |
| 133. Baltimore MD taxable due 10/15/26 | A | Interest | K | T | Buy | 06/10/11 | K | | |
| 134. The National Republic Bank of Chicago 6/9/11 | A | Interest | | | Sold | 06/09/11 | J | A | |
| 135. Key Bank National assn Ohio cd 8/14/12 | C | Interest | L | T | | | | | |
| 136. Discover Bank Greenwood cd 4/29/13 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Goldman Sachs Bank 10/22/13 | C | Interest | L | T | | | | | |
| 138.  Paragon coml bank raleigh nc 4/8/15 | A | Interest | J | T | | | | | |
| 139.  Doral bk catano 5/21/15 | C | Interest | M | T | | | | | |
| 140.  Goldman Sachs bank 1/14/19 | B | Interest | K | T | | | | | |
| 141.  American Express Bank 3/18/19 | A | Interest | K | T | | | | | |
| 142.  cit bank salt lake city 4/15/19 | C | Interest | M | T | | | | | |
| 143.  GE capital financial inc 5/28/19 | C | Interest | L | T | | | | | |
| 144.  hsbc bank usa 7/31/19 | C | Interest | M | T | | | | | |
| 145.  Toyota finl svgs bk hend 10/23/19 | A | Interest | J | T | | | | | |
| 146.  hometrust bank clyde nc 8/26/21 | A | Interest | K | T | | | | | |
| 147.  Lloyd TSB bank due 1/21/21 | B | Interest | K | T | Buy | 05/16/11 | K | | |
| 148.  Virtus opportunities TR premium | A | Interest | K | T | Buy | 05/13/11 | K | | |
| 149.  Sandridge Mississippian tr 1 | A | Interest | | | Buy | 05/13/11 | J | | |
| 150.  Sandridge Mississippian tr 1 | A | Interest | | | Sold | 07/18/11 | J | A | |
| 151.  Morgan Stanley Bank | A | Interest | | | Sold | 12/21/11 | J | A | |
| 152.  Wells Fargo bank deposit sweep | A | Interest | J | T | Buy | 12/21/11 | J | | |
| 153.  Sunoco inc - 10/15/14 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Keybank natl assn - 3/3/16 | A | Interest | K | T | | | | | |
| 155. Baltimore MD Taxable due 10/15/26 | A | Interest | K | T | Buy | 06/10/11 | K | | |
| 156. jp morgan/Washington mutual 1/30/12 | A | Interest | K | T | | | | | |
| 157. Capital One Bank 1/23/13 | A | Interest | J | T | | | | | |
| 158. Paragon Coml Bk Raleigh NC 4/8/15 | A | Interest | K | T | | | | | |
| 159. Goldman Sachs Bank 3/25/19 | A | Interest | | | Sold | 03/30/11 | K | A | |
| 160. cit bank salt lake city 4/15/19 | B | Interest | L | T | | | | | |
| 161. Bank hapoalim bm fid - 6/15/20 | A | Interest | | | Sold | 06/15/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

"SEE ATTACHED certificate of accountant who prepared listing for item VII, dated April 30, 2012

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 04/25/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack B. Weinstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544